**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendants,
CAPITAL ONE BANK (USA), N.A.
and CAPITAL ONE SERVICES, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phillip Baltazar, | Case No. SACV12-01844 AG (ANx) |
| Plaintiff, | *Assigned to Courtroom 10D*<br>*The Hon. Andrew J. Guilford* |
| v. | **NOTICE OF APPEARANCE** |
| Capital One Bank (USA) N.A., Capital One Services, LLC; Hunt & Henriques; The Moore Law Group, APC; and ARS National Services, Inc., | Complaint Filed: October 23, 2012 |
| Defendants. | |

---

NOTICE OF APPEARANCE

**TO THE COURT, PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Capital One Bank (USA), N.A. and Capital One Services, LLC hereby appear in this matter through its attorney Hunter R. Eley of Doll Amir & Eley LLP.

Copies of all pleadings and notices pertaining to the above entitled matter should be forwarded to counsel at the following address:

> Hunter R. Eley, Esq.
> DOLL AMIR & ELEY LLP
> 1888 Century Park East, Suite 1850
> Los Angeles, California 90067
> Tel: 310.557.9100
> Fax: 310.557.9101
> E-mail: heley@dollamir.com

DATED: November 7, 2012           DOLL AMIR & ELEY LLP

By: */s/ Hunter R. Eley*_____
     HUNTER R. ELEY
Attorneys for Defendants,
CAPITAL ONE BANK (USA), N.A.
and CAPITAL ONE SERVICES, LLC

1
NOTICE OF APPEARANCE

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067.**

On November 7, 2012, I served the foregoing document described as **NOTICE OF APPEARANCE** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 7, 2012, at Los Angeles, California.

Diana Kang

# SERVICE LIST

Antonio A. Cota, Esq.
Kerry P. Zeiler, Esq.
Cota & Zeiler, APC
Lakeshore Plaza
4160 Temescal Canyon Rd., Suite 216
Corona, CA 92883

T: (714) 953-6600
F: (888) 420-3271
tony@cotazeiler.com
kerry@cotazeiler.com
*Attorneys for Plaintiff, Phillip Baltazar*

Harvey M. Moore, Esq.
Theresa Palmquist Lazo, Esq.
The Moore Law Group
3710 S. Susan Street, Suite 210
P.O. Box 25145
Santa Ana, CA 92799

T: (714) 431-2000
F: (714) 754-9569
hmoore@moore-law-group.com
tlazo@moore-law-group.com
*Attorneys for Defendant, The Moore Law Group APC*